**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)      Case Number **15−27002−ABA**

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 9/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christina Sofkos Konstantinidis
aka Christina Sofkos
2920 Wynnewood Drive
Vineland, NJ 08361

| | |
|---|---|
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−3464 (Christina Sofkos Konstantinidis) | United States Bankruptcy Judge:<br>Honorable Andrew B. Altenburg Jr. |
| Attorney for Debtor(s) (name and address):<br>Nicholas S. Herron<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>Telephone number: 214−680−3242 | Bankruptcy Trustee (name and address):<br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 − Suite 580<br>Cherry Hill, NJ 08002<br>Telephone number: (856) 663−5002 |

### Meeting of Creditors:
Date: **October 8, 2015**      Time: **09:00 AM**
Location: **Chapter 13 Standing Trustee − Camden, Cherry Tree Corporate Center, 535 Route 38, Suite 150, Cherry Hill, NJ 08002**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **1/6/16**      For a governmental unit: 180 days from date of order for relief. 11 U.S.C. § 502(b)(9)

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/7/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>401 Market Street<br>Camden, NJ 08102<br>Telephone number: 856−361−2300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 AM − 4:00 p.m., Monday − Friday (except holidays) | Date: 9/10/15 |

# EXPLANATIONS
B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web Site:(http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that that the debtor is not entitled to a discharge under Bankruptcy Code §1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

Undeliverable Notices.    Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

Case information − telephone access.    Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1−866−222−8029. After the initial greeting enter the New Jersey court code: #88. This service is free of charge and is available 24 hours a day.

Case information − electronic access.    Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1−800−676−6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.    Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 15-27002-ABA
Christina Sofkos Konstantinidis                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: jpeirce              Page 1 of 2                  Date Rcvd: Sep 10, 2015
                              Form ID: b9i               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2015.
db             +Christina Sofkos Konstantinidis,   2920 Wynnewood Drive,    Vineland, NJ 08361-6756
515729082      +Accounts Receiveable,    P.O. Box 129,    Thorofare, New Jersey 08086-0129
515729086      +Associated Credit Services,    P.O. Box 5171,    Westborough, MA 01581-5171
515729074      +Avadanian & Associates,    281 Young Harris St, Suite D,    Blairsville, Georgia 30512-3776
515729073      +Broad Street Media LLC,    53 Haddonfield Road, Ste 306,    Cherry Hill, NJ 08002-4802
515729085      +CMI,   P.O. Box 456,    Upper Darby, PA 19082-0456
515729083      +Cintas,    1030 Conshohoken Rd,    Conshohocken, PA 19428-1002
515729081      +Citi Merchant,    5251 Westheimer Road,    Houston, Texas 77056-5412
515729076      +Clipper Magazine,    P.O. Box 610,    Mountville, PA 17554-0610
515729072      +College Calendar Co,    P.O. Box 148,    Whitesboro, New York 13492-0148
515729093      +First Data,    P.O. Box 173845,    Denver CO 80217-3845
515729097      +Giuseppe & Mary Ellen Dragone,    445 West Avenue,    Pitman, NJ 08071-2522
515729094      +Kast Distributors Inc,    541 Harding Hwy,    Carneys Point, NJ 08069-3638
515729091      +Liturgical Publications,    4560 East 71st St,    Cuyahoga, OH 44105-5604
515729096      +NUCO,    P.O. Box 417902,    Boston, MA 02241-7902
515729088      +Northland Group,    P.O. Box 129,    Thorofare, New Jersey 08086-0129
515729092      +Rauch Milliken,    P.O. Box 8390,    Metairie LA 70011-8390
515729095      +South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
515729075      +TBT Inc.,    157-B Bridgeton Pike, Suite 193,    Mullica Hill, NJ 08062-2669
515729080      +Today's Shopper,    P.O. Box 1110,    Turnersville, New Jersey 08012-0880
515729090      +Township of Glassboro,    1 South Main Street,    Glassboro, NJ 08028-2539
515729077      +WB Mason,    59 Centre St,    Brockton, MA 02301-4075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: nicholas.s.herron@gmail.com Sep 10 2015 22:18:31       Nicholas S. Herron,
                 880 E. Elmer Road,    Vineland, NJ  08360
tr             +E-mail/Text: pmarraffa@standingtrustee.com Sep 10 2015 22:18:36      Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg             E-mail/Text: leah.bynon@usdoj.gov Sep 10 2015 22:19:31      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2015 22:19:26       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515729078      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 10 2015 22:19:04       Atlantic City Electric,
                 Mail Stop 84CP42,    5 Collins Dr, Suite 2133,    Carney's Point, NJ 08069-3600
515729089      +E-mail/Text: tuscolsup@fisglobal.com Sep 10 2015 22:20:11       Complete Payment Recovery,
                 3500 5th Street,    Northport, AL 35476-4723
515729084       E-mail/Text: bknotices@mbandw.com Sep 10 2015 22:19:54      McCarthy Burgess & Wolff,
                 2600 Cannon Road,    Cleveland, OH 44146
515729087      +EDI: TDBANKNORTH.COM Sep 10 2015 21:53:00      TD Bank,   P.O. Box 9547,
                 Portland, MA 04112-9547
515729079      +EDI: VERIZONWIRE.COM Sep 10 2015 21:53:00      Verizon Wireless,   PO BOX 3397,
                 Bloomington, IL 61702-3397
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: jpeirce              Page 2 of 2               Date Rcvd: Sep 10, 2015
                              Form ID: b9i               Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2015 at the address(es) listed below:

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Nicholas S. Herron    on behalf of Debtor Christina Sofkos Konstantinidis
        nicholas.s.herron@gmail.com, g17172@notify.cincompass.com,ajohn880@gmail.com

        TOTAL: 2